59 So.3d 220 (2011)
Nolbin Saul GUIFARO, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-293.
District Court of Appeal of Florida, Third District.
March 16, 2011.
Rehearing and Rehearing En Banc Denied May 4, 2011.
Nolbin Saul Guifaro, in proper person.
Pamela Jo Bondi, Attorney General, and Nicholas Merlin, Assistant Attorney General, for appellee.
Before GERSTEN, WELLS, and SUAREZ, JJ.
*221 PER CURIAM.
Affirmed. See Maddox v. State, 760 So.2d 89, 107 (Fla.2000).